23

United States District Court
Southern District of Texas
ENTERED
AUG 1 8 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG 1998
Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PATRICIA SALCIDO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-068 |
| | § | |
| JANET RENO, ATTORNEY GENERAL | § | |
| DEPARTMENT OF JUSTICE | § | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signature | Party Represented | Date |
|---|---|---|
| [signature] | PLAINTIFF | 8/12/98 |
| [signature] | Defendant | 8-13-98 |

## ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

8/13/98
Date

Filemon B. Vela
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.