

United States District Court
Southern District of Texas
ENTERED

SEP 0 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PATRICIA SALCIDO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-068 |
| | § | |
| JANET RENO, ATTORNEY GENERAL | § | |
| DEPARTMENT OF JUSTICE | § | |

## ORDER

On this 28th day of August 1998, a telephonic final pretrial conference was held. The following rulings were made:

IT IS ORDERED that the dates set in the Order of May 4, 1998 are hereby passed.

IT IS FURTHER ORDERED that the Court extend the deadlines as follows:

Agreed Pretrial Order must be filed by November 20, 1998.

Final pretrial and settlement conference is set for November 20, 1998 at 2:30 P.M.

Jury selection is set for December 4, 1998 at 8:30 A.M. before Judge Filemon B. Vela.

Trial is set for December 7, 1998 at 9:00 A.M. before Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, this 28th day of August 1998.

_____
John Wm. Black
United States Magistrate Judge