30

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 16 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| PATRICIA SALCIDO | * |
| --- | --- |
| | * |
| vs. | *  CIVIL ACTION No. B-97-068 |
| | * |
| JANET RENO, ATTORNEY GENERAL | * |
| DEPARTMENT OF JUSTICE | * |

### ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE

Today, this Court considered the Defendant's Motion to Continue the December 7, 1998 trial setting in this cause. Having considered the Defendant's arguments and the arguments of the plaintiff, this Court is of the opinion that in the Defendant's Motion to Continue should be GRANTED in order to allow the Defendant's counsel adequate time to examine newly named experts and their reports.

THEREFORE, IT IS ORDERED that the Defendant's Motion for Continuance of the December 7, 1998 trial in this cause be GRANTED and that the trial is hereby continued and reset to ____April 5,_____, 1999. Jury selection is also reset to _____ April 2,____, 1999.

Signed on __13 NOV_____, 1998, in Brownsville, Texas.

JOHN Wm. BLACK
United States Magistrate Judge
Southern District of Texas
Reference Executed Under 28 U.S.C. 636(c)