32

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PATRICIA SALCIDO | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-97-068 |
| | * | |
| JANET RENO, ATTORNEY GENERAL | * | |
| DEPARTMENT OF JUSTICE | * | |

## ORDER GRANTING DEFENDANT'S
## SECOND MOTION FOR CONTINUANCE

Today, this Court considered the Defendant's Motion to Continue the March 1, 1999 trial setting in this cause. Having considered the Defendant's arguments and the arguments of the plaintiff, this Court is of the opinion that in the Defendant's Motion to Continue should be GRANTED in order to allow the Defendant's counsel adequate time to complete discovery.

THEREFORE, IT IS ORDERED that the Defendant's Motion for Continuance of the April 5, 1999, trial in this cause be GRANTED and that the trial is hereby continued and reset to _MAY 10_, 1999. Jury selection is also reset to _APRIL 30_ _____, 1999.

Signed on _1st MARCH_, 1999, in Brownsville, Texas.

_____
JOHN Wm. BLACK
United States Magistrate Judge
Southern District of Texas
Reference Executed Under 28 U.S.C. 636(c)

1