33

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PATRICIA SALCIDO | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO: B-97-068 |
| | § | |
| JANET RENO, ATTORNEY GENERAL | § | "OPPOSED" |
| DEPARTMENT OF JUSTICE | § | |
| Defendants | § | |

### ORDER GRANTING MOTION FOR LEAVE TO FILE
### PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT

Plaintiff, Patricia Salcido's Motion for Leave to File Plaintiff's First Amended Original Complaint is GRANTED. Accordingly, Plaintiff Patricia Salcido is hereby granted leave to file Plaintiff's First Amended Original Complaint.

The proposed pleading already on file with the U.S. District Clerk shall be deemed filed by the Clerk on the 1ST day of MARCH, 1999.

SIGNED on this 1st day of MARCH, 1999 at Brownsville, Texas.

UNITED STATES DISTRICT JUDGE
MAGISTRATE

**CONFORMED COPIES SENT TO:**

Dori Contreras Garza
Attorney at Law
4201 North McColl Road
McAllen, Texas 78504

Nancy L. Masso
Assistant United States Attorney
P.O. Box 1671
Brownsville, Texas 78522