36

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## NOTICE

United States District Court
Southern District of Texas
ENTERED
MAR 3 1 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PATRICIA SALCIDO § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-068 |
| § | |
| JANET RENO, ATTORNEY GENERAL § | |
| DEPARTMENT OF JUSTICE § | |

TYPE OF CASE:      __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**TELEPHONIC HEARING ON DEFENDANT'S MOTION TO COMPEL**
(DEFENDANT'S COUNSEL WILL INITIATE THE TELEPHONE CALL)

PLACE:                                          TELEPHONE NO:

**UNITED STATES FEDERAL COURTHOUSE**           (956) 548-2570
**500 E. 10TH STREET**
**BROWNSVILLE, TEXAS**                          DATE AND TIME:

                                                **APRIL 7, 1999 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MARCH 31, 1999

TO:     MS. DORI E. CONTRERAS GARZA
        MS. PATRICIA SALCIDO
        MS. NANCY L. MASSO