38

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 07 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PATRICIA SALCIDO | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-97-068 |
| | * | |
| JANET RENO, ATTORNEY GENERAL | * | |
| DEPARTMENT OF JUSTICE | * | |

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL

On today's date this Court reviewed the Defendant's Motion to Compel. Having reviewed the motion and the arguments of counsel, this Court id of the opinion that the Defendant's motion has merit and that Defendant should have access to information that the Plaintiff has thus far denied.

THEREFORE, IT IS ORDERED, that Plaintiff will set forth full and complete responses to Defendant's interrogatory numbers 16 through 19;

IT IS FURTHER ORDERED, that Plaintiff will provided full and complete responses to Defendant's Production Request numbers 3, 5, & 6 (of the First Set);

IT IS FURTHER ORDERED that Plaintiff will execute the necessary releases for the medical, psychiatric and school information sought in Defendant's Production Request numbers 1 & 2 (of the Second Set); TO BE PRODUCED IN CAMERA

IT IS FINALLY ORDERED, that said actions will be completed by the Plaintiff no later than 15 APRIL 1999.

Signed on this 7 day of APRIL, 1999.

JOHN Wm. BLACK
United States Magistrate Judge
Reference under 28 U.S.C. 636(c)