39

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

APR 0 7 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PATRICIA SALCIDO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-068 |
| | § | |
| JANET RENO, ATTORNEY GENERAL | § | |
| DEPARTMENT OF JUSTICE | § | |

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**PRETRIAL CONFERENCE**

PLACE:                                              ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **SECOND FLOOR COURTROOM, #2**
**500 E. 10TH STREET**
**BROWNSVILLE, TEXAS**                              DATE AND TIME:

**APRIL 26, 1999 AT 10:00 A.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   APRIL 7, 1999

TO:   MS. DORI E. CONTRERAS GARZA
      MS. PATRICIA SALCIDO
      MS. NANCY L. MASSO

ClibPDF - www.fastio.com