43

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS
## - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED
MAY 0 7 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PATRICIA SALCIDO § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-068 |
| § | |
| JANET RENO, ATTORNEY GENERAL § | |
| DEPARTMENT OF JUSTICE § | |

## FINAL JUDGMENT

Pending before this Court is Defendant Janet Reno's, Attorney General Department of Justice as Agent for the Immigration and Naturalization Service/United States Border Patrol, Motion to Dismiss and Alternative Motion for Summary Judgment in the above-referenced cause of action. (Docket No. 34). Defendant's Motion is treated as a Motion for Summary Judgment pursuant to Fed. R. Civ. P. 12(b) as it is supported extra-pleading material.

Upon review of Defendant's Motion, Plaintiff Patricia Salcido's Response to Defendant's Motion (Docket No. 40), and the case file, this court is of the opinion that the Plaintiff has failed to raise a genuine issue of material fact. Accordingly, finds that Defendant's Motion is **GRANTED.**

IT IS THEREFORE **ORDERED**, that Defendant's Motion to Dismiss and Alternative Motion for Summary Judgment be **GRANTED**, and Plaintiff's case is **DISMISSED**.

SIGNED at Brownsville, Texas, this 6th day of May 1999.

John Wm. Black
United States Magistrate Judge