49

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PATRICIA SALCIDO | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-97-068 |
| | * | |
| JANET RENO, ATTORNEY GENERAL | * | |
| DEPARTMENT OF JUSTICE, ETC. | * | |

## ORDER SETTING EVIDENTIARY HEARING

Today, this Court considered the Defendants' Opposed Motion for Evidentiary Hearing on the issue of whether the Plaintiff filed a timely Notice of Appeal. Having considered the motion, the argument of counsel, as well as the April 30, 2000, ruling from the United States Court of Appeals for the Fifth Circuit, this Court is of the opinion that an evidentiary hearing would be beneficial in making a determination on this issue.

THEREFORE, IT IS ORDERED, that all counsel appear to present evidence on the issue of whether the Plaintiff filed a timely Notice of Appeal on _MAY 10_, 2000, at _2:00_ a.m./p.m. The hearing shall be held before this Court which is located on the second floor of the Federal Courthouse at 600 East Harrison Street in Brownsville, Texas.

Signed this _26 APRIL_, 2000, in Brownsville, Texas.

_____
JOHN Wm. BLACK
UNITED STATES MAGISTRATE JUDGE
Presiding Judge, 28 U.S.C. 636(c)