# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 99-41230
Summary Calendar

D.C. Docket No. B-97-CV-68

U.S. COURT OF APPEALS
**FILED**
DEC 2 0 2000
CHARLES R. FULBRUGE III
CLERK

PATRICIA SALCIDO

    Plaintiff - Appellant

v.

JANET RENO, US Attorney General; DEPARTMENT OF JUSTICE; UNITED STATES BORDER PATROL

    Defendants - Appellees

United States District Court
Southern District of Texas
FILED
FEB 15 2001
Michael N. Milby
Clerk of Court

Appeal from the United States District Court for the Southern District of Texas, Brownsville.

Before POLITZ, JOLLY, and EMILIO M. GARZA, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: FEB 13 2001

OP-S-J-1

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana  FEB 13 2001